CLOSED,SHORT

# U.S. District Court
## Northern District of Georgia (Gainesville)
## CRIMINAL DOCKET FOR CASE #: 2:14-cr-00050-RWS-JCF-1

Case title: USA v. Bishop et al

Date Filed: 10/14/2014
Date Terminated: 07/22/2015

---

Assigned to: Judge Richard W. Story
Referred to: Magistrate Judge J. Clay Fuller

**Defendant (1)**

**Lee Ann Bishop**
*TERMINATED: 07/22/2015*

represented by **Judy A. Fleming**
Federal Defender Program Inc.-Atl
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768.
Email: Judy_Fleming@FD.Org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Pending Counts**

21:846 and 21:841(b)(1)(B)(viii) CONSPIRACY TO
DISTRIBUTE CONTROLLED SUBSTANCE
(1)

**Disposition**

78 MONTHS CBOP. 60 MONTHS SUPERVISED
RELEASE. $100.00 SPECIAL ASSESSMENT.
REMAND TO CUSM.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:841(a) amd 841(b)(1)(B)(viii) and 18:2
CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE
(2)

**Disposition**

DISMISSED WITHOUT PREJUDICE PURSUANT
TO STANDING ORDER 07-04

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**

represented by **William Louis McKinnon , Jr.**
Office of United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6000

Case 2:19-cr-00009-JRG-MCLC    Document 1-3    Filed 02/04/19    Page 1 of 4    PageID #: 8

Email: william.mckinnon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juliet E. Aldridge**
Hall County District Attorney's Office
Suite 350
P.O. Box 1690
225 Green Street
Gainesville, GA 30503
770-531-6965
Email: juliet.aldridge@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2015 | | Documents unsealed as to Lee Ann Bishop: 19 Order-SEALED, 22 Order-SEALED per conclusion of proceedings. (sk) (Entered: 09/03/2015) |
| 07/22/2015 | 38 | JUDGMENT AND COMMITMENT as to Lee Ann Bishop (1), Count(s) 1, 78 MONTHS Custody Bureau Of Prisons. 60 MONTHS SUPERVISED RELEASE. $100.00 SPECIAL ASSESSMENT. REMAND TO Custody of United States Marshal.; Count(s) 2, DISMISSED WITHOUT PREJUDICE PURSUANT TO STANDING ORDER 07-04. The Court recommends to the Bureau of Prisons that defendant shall participate in the Residential Drug Abuse Program and that she be designated to a facility in West Virginia for service of sentence. Signed by Judge Richard W. Story on 07/22/2015. --Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (sk) (Entered: 07/23/2015) |
| 07/21/2015 | 37 | Minute Entry for proceedings held before Judge Richard W. Story: Sentencing as to Lee Ann Bishop. Defendant remanded to USM. (Court Reporter Amanda Lohnaas) (sk) (Entered: 07/23/2015) |
| 07/20/2015 | 36 | MOTION for a Reasonable Sentence by Lee Ann Bishop. (Attachments: # 1 Exhibit A- Barbara Kilgore Letter, # 2 Exhibit B- JoAnn Laughner Letter, # 3 Exhibit C- Burch Roberts, GED Instructor Letter) (Fleming, Judy) (Entered: 07/20/2015) |
| 07/20/2015 | 35 | Sentencing Memorandum as to Lee Ann Bishop filed by Lee Ann Bishop (Attachments: # 1 Exhibit A- Barbara Kilgore Letter, # 2 Exhibit B- JoAnn Laughner Letter, # 3 Exhibit C- Burch Roberts, GED Instructor Letter) (Fleming, Judy) (Entered: 07/20/2015) |
| 07/15/2015 | | NOTICE OF SENTENCING DATE as to Lee Ann Bishop. Sentencing set for 7/21/2015 at 11:00 AM in GAIN Courtroom 303 before Judge Richard W. Story. (rag) (Entered: 07/15/2015) |
| 06/17/2015 | | NOTICE OF CANCELLATION of Hearing re: NOTICE OF SENTENCING DATE as to Lee Ann Bishop. Sentencing set for 6/26/2015 at 11:00 AM in GAIN Courtroom 303 before Judge Richard W. Story. (rag) (Entered: 06/17/2015) |
| 06/15/2015 | 31 | Notice for Leave of Absence for the following date(s): August 3, 2015 through and including August 5, 2015, by Judy A. Fleming. (Fleming, Judy) (Entered: 06/15/2015) |
| 06/11/2015 | 30 | Notice for Leave of Absence for the following date(s): June 24, 2015 through and including July 14, 2015, by Judy A. Fleming. (Fleming, Judy) (Entered: 06/11/2015) |
| 06/09/2015 | 29 | Notice for Leave of Absence for the following date(s): June 23, 2015 through and including July 14, 2015, by Judy A. Fleming. (Fleming, Judy) (Entered: 06/09/2015) |
| 06/03/2015 | | NOTICE OF SENTENCING DATE as to Lee Ann Bishop, Thomas Dean West. Sentencing set for 6/26/2015 at 11:00 AM in GAIN Courtroom 303 before Judge Richard W. Story. (rag) (Entered: 06/03/2015) |
| 03/25/2015 | 28 | Notice for Leave of Absence for the following date(s): May 26, 2015 through and including May 29, 2015; and June 29, 2015 through and including July 6, 2015, by Judy A. Fleming. (Fleming, Judy) (Entered: 03/25/2015) |
| 03/19/2015 | 26 | Minute Entry for proceedings held before Judge Richard W. Story: Change of Plea Hearing as to Lee Ann Bishop, PLEA of GUILTY by Lee Ann Bishop (1) Guilty Count 1. (Attachments: # 1 Guilty Plea) (Court Reporter Amanda Lohnaas) (rsg) (Entered: 03/19/2015) |
| 03/18/2015 | | NOTICE Setting Case for Tender of Plea as to Lee Ann Bishop. Tender Plea Hearing set for 3/19/2015 at 10:30 AM in GAIN Courtroom 303 before Judge Richard W. Story. (rag) (Entered: 03/18/2015) |
| 03/06/2015 | | (Minute entry) ORDER Directing USA to Respond to 25 MOTION to Sever Defendant as to Lee Ann Bishop within 14 days from the date of entry of this Order. Signed by Magistrate Judge J. Clay Fuller on 3/06/2015. (clk) |

| | | |
|---|---|---|
| | | (Entered: 03/06/2015) |
| 03/05/2015 | 25 | MOTION to Sever Defendant with Brief In Support by Lee Ann Bishop. (Fleming, Judy) (Entered: 03/05/2015) |
| 02/12/2015 | 23 | Arrest Warrant Returned Executed by FBI on 1/8/15 as to Lee Ann Bishop. (rsg) (Entered: 02/12/2015) |
| 02/09/2015 | 22 | ORDER as to Lee Ann Bishop to allow Marc Foster, polygraph examiner, into Hall County Jail on 2/13/2015 at 9:30 a.m. with his equipment for the purpose of conducting a polygraph examination. Signed by Magistrate Judge J. Clay Fuller on 2/09/2015. (clk) Modified on 9/3/2015 to unseal per conclusion of proceedings (sk). (Entered: 02/09/2015) |
| 02/06/2015 | 21 | ORDER: It is hereby ORDERED that the period of time from February 5, 2015 until such time as the matter pending as to Defendant Thomas Dean West is certified ready for trial, be excluded as to Defendant Lee Ann Bishop, pursuant to Title 18, United States Code, Section 3161(h)(6) because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial due. The pretrial conference scheduled for February 6, 2015 as to Lee Ann Bishop is cancelled. Signed by Magistrate Judge J. Clay Fuller on 02/05/15. (sk) (Entered: 02/06/2015) |
| 02/02/2015 | 19 | ORDER as to Lee Ann Bishop to allow Mark Foster, polygraph examiner into the Hall County Jail with his polygraph equipment, examination and testing materials on February 5, 2015. Signed by Magistrate Judge J. Clay Fuller on 2/2/2015. (clk) Modified on 9/3/2015 to unseal per conclusion of proceedings (sk). (Entered: 02/02/2015) |
| 01/30/2015 | 18 | Notice for Leave of Absence for the following date(s): February 13, 2015 through and including February 17, 2015; March 16, 2015 through and including March 17, 2015; and April 6, 2015 thorugh and including April 10, 2015., by Judy A. Fleming. (Fleming, Judy) (Entered: 01/30/2015) |
| 01/22/2015 | | (Minute entry) ORDER granting the 17 and Verbal Motion for Extension of Time. Defendants shall have through and including 2/5/2015 in which to file pretrial motions. The Court finds, for reasons stated in the motions for an extension of time, that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial. Failure to grant this continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(iv), the Clerk is DIRECTED to exclude from computation under the Speedy Trial Act the period of delay from 1/22/2015 to 2/05/2015. The Telephonice Pretrial Conference is RESCHEDULED for 2/6/2015 at 11:00 AM in GAIN Courtroom 103 before Magistrate Judge J. Clay Fuller. Signed by Magistrate Judge J. Clay Fuller on 1/22/2015. (clk) (Entered: 01/22/2015) |
| 01/21/2015 | 17 | Unopposed MOTION for Extension of Time to file Pretrial Motions , Unopposed MOTION to Continue Pretrial Conference by Lee Ann Bishop. (Attachments: # 1 Text of Proposed Order) (Fleming, Judy) (Entered: 01/21/2015) |
| 01/14/2015 | 16 | ORDER granting 10 Governments Motion for Detention as to Lee Ann Bishop (1). Signed by Magistrate Judge J. Clay Fuller on 1/14/2015. (clk) (Entered: 01/14/2015) |
| 01/08/2015 | 15 | ORDER REASSIGNING CASE. Case reassigned to Judge Richard W. Story for all further proceedings. NOTICE TO ALL COUNSEL OF RECORD: The Judge designation in the criminal action number assigned to this case has been changed to 2:14-cr-50-RWS-JCF. Please make note of this change in order to facilitate the docketing of pleadings in this case. Signed by Judge Richard W. Story on 01/08/15. (sk) (Entered: 01/08/2015) |
| 01/08/2015 | 14 | PRETRIAL SCHEDULING ORDER as to Lee Ann Bishop, Thomas Dean West. Telephonic Pretrial Conference set for 1/26/2015 at 11:15 AM in GAIN Courtroom 103 before Magistrate Judge J. Clay Fuller. Signed by Magistrate Judge J. Clay Fuller on 1/8/2015. (clk) (Entered: 01/08/2015) |
| 01/08/2015 | 13 | Order Scheduling a Detention Hearing pursuant to Bail Reform Act by Judge J. Clay Fuller as to Lee Ann Bishop. Detention Hearing set for 1/15/2015 at 01:30 PM in GAIN Courtroom 103 before Magistrate Judge J. Clay Fuller. (clk) (Entered: 01/08/2015) |
| 01/08/2015 | 11 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Judy Fleming as to Lee Ann Bishop Signed by Magistrate Judge J. Clay Fuller on 1/8/2015. (clk) (Entered: 01/08/2015) |
| 01/08/2015 | 10 | MOTION for Detention by USA as to Lee Ann Bishop, Thomas Dean West. (clk) (Entered: 01/08/2015) |
| 01/08/2015 | | Attorney update in case as to Lee Ann Bishop. Attorney Judy A. Fleming for Lee Ann Bishop added. (clk) (Entered: 01/08/2015) |
| 01/08/2015 | 9 | Minute Entry for proceedings held before Magistrate Judge J. Clay Fuller: Initial Appearances held; AFPD Judy Fleming appointed to represent Lee Ann Bishop; CJA Counsel Michael Saul appointed to represent Thomas Dean West; Arraignment held; pleas of not guilty entered & accepted by the Court; estimated length of trial: short; Case assigned to Judge O'Kelley for trial to and Judge Fuller for pretrial matters; pretrial motions due within 14 days; Thomas Dean West stipulates to pretrial detention, reserving the right to revisit the issue upon written motion; Detention hearing set as to Lee Ann Bishop for 1/15/2015 at 1:30 pm (Attachments: # 1 Bishop Plea with Counsel, # 2 West Plea with Counsel) (Tape #JCF-Gaines-FTR) (clk) (Entered: 01/08/2015) |

| 01/08/2015 | 6 | CJA 23 Financial Affidavit by Lee Ann Bishop (clk) (Entered: 01/08/2015) |
|---|---|---|
| 01/08/2015 | | Case as to Lee Ann Bishop, Thomas Dean West Assigned to Judge William C. O'Kelley and Magistrate Judge J. Clay Fuller. (clk) (Entered: 01/08/2015) |
| 10/16/2014 | | Arrest Warrants Issued as to Lee Ann Bishop, Thomas Dean West and delivered to USM on 10/16/2014 via U.S. Postal Service (clk) (Entered: 10/20/2014) |
| 10/14/2014 | 3 | Request for Arraignment as to Lee Ann Bishop. (sk) (Entered: 10/15/2014) |
| 10/14/2014 | 2 | Defendant Information Sheet as to Lee Ann Bishop. (sk) (Entered: 10/15/2014) |
| 10/14/2014 | 1 | INDICTMENT as to Lee Ann Bishop (1) count(s) 1, 2, Thomas Dean West (2) count(s) 1, 2. (sk) (Entered: 10/15/2014) |

Case 2:19-cr-00009-JRG-MCLC   Document 1-3   Filed 02/04/19   Page 4 of 4   PageID #: 11